### No. 2.

**WILLARD** *against* **HATHAWAY ET AL.** *Addison,* **1816.**

WHERE there are limits, of a certain extent, assigned by the County Court, for a Jail-yard, at the time the prisoner was admitted to the liberties, and the limits were afterwards enlarged, and then again contracted, under the Statute of 1813, the prisoner was held to be guilty of an escape, for not returning and continuing in the last mentioned limits.

See Wait v. Dana.    Bail Bond 3.

---

# EVIDENCE.

### No. 1.

**REYNOLDS** *agaist* **SCOTT.** *Franklin,* **1815.**

A penal bond to re-convey lands is a mortgage ; but it may be discharged and satisfied, as any other bond, and the proof of its satisfaction, may be made by *parol* evidence.

---

### No. 2.

**FISHER** *against* **BEEKER.** *Rutland,* **1816.**

UNDER the Statute authorising commissioners to lay out turnpike roads, and to set over old road, if old road, in the opinion of the Select men, may be discontinued ; it was held, if it does not appear from the doings of commissioners, as *recorded,* or from some official act of Select men, in *writing,* that the Select men had expressed their opinion ; the setting over was irregular and void.    That the opinion of the Select men could not be shewn by *parol.*